UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SIGFREDO RODRIGUEZ,

    Petitioner,

v.                                                      CASE NO. 6:13-cv-533-Orl-28TBS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

_____/

## ORDER

Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. § 2254 (Doc. No. 1). Petitioner sought to stay these proceedings in light of his pending appeal with the Florida Fifth District Court of Appeal, which deals with two additional issues not raised in the instant petition. The Court then entered an Order finding that a stay and abeyance was not warranted in this case and requiring Petitioner to inform the Court as to whether he wished to (1) dismiss the unexhausted claims without prejudice and proceed on the exhausted claim only, or (2) dismiss this case without prejudice and refile after exhausting the unexhausted claims. Petitioner has filed a reply (Doc. No. 16) stating that he requests the Court to dismiss the instant petition without prejudice. *Id.* at 1.

Accordingly, it is **ORDERED** as follows:

1. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of the Court is directed to enter judgment accordingly and to close this case.

3. Petitioner has failed to make a substantial showing of the denial of a constitutional right. Therefore, a certificate of appealability shall not issue. 28 U.S.C. § 2253(b)(2).

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 31 day of July, 2013.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 7/31
Sigfredo Rodriguez
Counsel of Record